UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NATIONAL PRESTO INDUSTRIES, INC.,

     Plaintiffs,                             Case No. 3:19-cv-272

vs.

PERFORMANCE FOOD GROUP, INC., *et al.*,     District Judge Michael J. Newman

     Defendants.

---

## ORDER OF REFERENCE FOR MEDIATION

---

     Pursuant to 28 U.S.C. § 636(c), and at the request of the parties, this case is hereby referred to Judge Sharon L. Ovington for the purposes of mediation.

     **IT IS SO ORDERED.**


Date:   February 12, 2021              s/ Michael J. Newman
                                           Hon. Michael J. Newman
                                           United States District Judge